AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>WESTON DALLAS MCDANIELS<br><br>*Defendant(s)* | Case No.<br>2:19-mj-00112 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 19, 2019   in the county of   Kanawha   in the Southern District of   West Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §751(a) | Escape |

This criminal complaint is based on these facts:

See attached sheet.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew C. Barger, DUSM USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2019

_____
*Judge's signature*

City and state: Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

FILED
OCT 28 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# AFFIDAVIT

State of West Virginia

County of Kanawha, to wit:

I, Matthew C. Barger, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal for the Southern District of West Virginia and have been employed as a Deputy United States Marshal for approximately 6 years. One of my primary duties with the United States Marshals Service is the enforcement and execution of federal arrest warrants for the Southern District of West Virginia. My duties also include assisting other agencies and departments with the enforcement and execution of state and local warrants.

2. This affidavit is made in support of a criminal complaint against WESTON DALLAS MCDANIELS (DOB: 6/17/1985; SSN" 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) for escape from the lawful custody of a halfway house located 113 Edgar Street, St. Albans, West Virginia within the Southern District of West Virginia.

3. MCDANIELS was lawfully confined at 113 Edgar Street, St. Albans, West Virginia, at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Michigan upon conviction of violation of his federal supervised release, which had an underlying offense of felon in possession of a firearm. The judgment was entered on June 15th 2018, and sentenced MCDANIELS to 24 months of imprisonment in Criminal Case Number 1:10-CR-00255-RHB.

4. On or about August 19, 2019 the undersigned affiant received notification that MCDANIELS had walked away from 113 Edgar Street, St. Albans, West Virginia at

approximately 1100 hours. MCDANIELS did not have permission to leave the property and the staff at Dismas has been unable to locate MCDANIEL since he left.

5. MCDANIELS did not receive permission and had no authority to be absent from the 113 Edgar Street, St. Albans, West Virginia.

6. The undersigned affiant therefore requests that a warrant be issued for the arrest of WESTON DALLAS MCDANIELS for violating Title 18, United States Code, Section 751 (a).

Further, your affiant sayeth naught.

_____
Matthew C. Barger
Deputy United States Marshal

Subscribed and sworn to before me this 28th day of October, 2019.

_____
Honorable Dwane L. Tinsley
United States Magistrate Judge